UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MIRANDA KORDONWY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:04CV1337 HEA |
| ) | |
| ALNIS, INC., ) | |
| ) | |
| Defendant. ) | |

# **OPINION AND ORDER**

This matter is before the Court on defendant's Motion to Compel, [# 14] and plaintiff's Motion to Compel, [# 17]. These motions were previously set for hearing, however, counsel for plaintiff advised the Court that defendant's Motion had been completely resolved and plaintiff's motion had been partially resolved by agreement of the parties. The only issue remaining from these motions is plaintiff's motion for production of defendant's net worth.

Plaintiff seeks punitive damages in her Complaint. The Court therefore agrees with plaintiff that she is entitled to receive information regarding defendant's net worth and is not required to make a *prima facie* showing of punitive damages prior to receiving the information. See *North Dakota Fair Housing Council, Inc. v. Allen*, 298 F.Supp.2d 897, 899-900 (D.N.D. 2004). The Court agrees that use of the

information obtained shall be limited to the parties in this matter only and shall not be disclosed in any other manner or to any other persons.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion to Compel, [# 14], is denied as moot.

**IT IS FURTHER ORDERED** that plaintiff's Motion to Compel, [# 17] is denied in part as moot, as to the sexual harassment investigation documents, and granted in part with respect to defendant's net worth as herein provided.

Dated this 5th day of July, 2005.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT COURT